### COMMONWEALTH *vs.* SIMON PIERCE.

At the trial of an indictment for maintaining " a building, place and tenement " for the illegal keeping and sale of intoxicating liquors, it appeared that the defendant kept a saloon containing a bar and liquors, situated "in a large block." *Held,* that evidence that liquor was found in the cellar "under the building" was admissible, although there was no evidence that the cellar was connected with the saloon.

INDICTMENT for maintaining " a certain building, place and tenement " in Springfield, for the illegal keeping and sale of intoxicating liquors.

At the trial in the superior court, before *Brigham*, C. J., there was evidence that the defendant kept a saloon containing a bar, intoxicating liquors and implements of traffic in intoxicating liquors, situated " in a large block ; " that he occupied rooms over the saloon as a boarding-house ; and that liquors were found in a cellar " under the building," but there was no evidence that the cellar was in any way connected with the saloon, otherwise than that it was " under the building."

The defendant requested the judge to rule that the evidence of what was found in the cellar could not be considered against him. The judge refused so to rule, and the whole evidence went to the jury under instructions as to what constituted a tenement, to which no objection was taken. The defendant was convicted, and alleged exceptions.

*G. M. Stearns & M. P. Knowlton*, for the defendant.

*C. Allen*, Attorney General, for the Commonwealth.

BY THE COURT. The evidence was admissible, and was properly submitted to the jury. *Exceptions overruled.*